UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DONALD J. PERMODA,

      Plaintiff,

v.                                    Case No. 1:06-cv-334

MARY E. PETERS,              HON. GORDON J. QUIST
Secretary of the Department of Transportation

      Defendant.
_____/

## ORDER

In accordance with the Opinion filed on this date,

**IT IS HEREBY ORDERED** that the Defendant's Motion for Summary Judgement (docket no. 19) is **GRANTED**.

**This case is concluded**.

Dated: September 21, 2007                 /s/ Gordon J. Quist

                                                GORDON J. QUIST
                                        UNITED STATES DISTRICT JUDGE